

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |
|---|---|
| § | No. 08-15-00156-CV |
| § | |
| IN THE INTEREST § | Appeal from the |
| § | |
| OF M.M., J.M., AND D.M., § | 65th District Court |
| § | |
| CHILDREN. § | of El Paso County, Texas |
| § | |
| § | (TC# 2015DCM1574) |
| § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction. We therefore dismiss the appeal for want of jurisdiction. It appearing to this Court that Appellant is indigent for purposes of appeal, this Court makes no other order with respect thereto. We further order this decision be certified below for observance.

IT IS SO ORDERED THIS 22ND DAY OF MAY, 2015.

STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.